GODDARD LAW PLLC
39 BROADWAY, SUITE 1540
NEW YORK, NEW YORK 10006
O:(646) 504-8363
C:(504) 909-0792
F:(212) 473-8705
megan@goddardlawnyc.com

December 13, 2019

Hon. Magistrate Katharine H. Parker
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 17D
New York, New York 10007

**SO ORDERED:**

/s/ Katharine H. Parker
HON. KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE
12/13/2019

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/13/2019

<u>Irene Tsepenyuk v. Fred Alger & Company, Inc.</u>
1:18-cv-07092 (GBD)(KHP)

Dear Honorable Judge Katherine H. Parker:

    As counsel for Plaintiff Irene Tsepenyuk, I write this joint letter on behalf of Plaintiff and Defendant. Plaintiff's counsel deposed Joseph Spano on November 20, 2019, Robert Kincel on December 10, 2019, and today, Plaintiff's counsel is currently conducting the deposition of Nick Morello. As there may be outstanding issues related to these depositions that the Parties may be required to bring before Your Honor at the Status Conference on December 18, 2019, Plaintiff and Defendant ask that Your Honor allow them to submit the letter in which the Parties list and briefly describe issues to be raised at the conference on or before Monday, December 16, 2019.

    Respectfully submitted,

    /s/
    Megan S. Goddard

1