UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

IRENE TSEPENYUK

          Plaintiff,     18-cv-07092 (GBD) (KHP)

    -against-            **ORDER**

FRED ALGER & COMPANY, INC.,

          Defendant.

-------------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

  On December 18, 2019, the parties appeared for a case management conference. As discussed during the conference, the following order is entered:

  **Search Terms.** By **December 23, 2019**, Defendant will provide Plaintiff with the custodians, date ranges, and search terms used in its collection of e-discovery. Plaintiff will provide proposed additional search terms (if any) and date ranges and any additional proposed custodians, by **January 3, 2020**.

  **Performance Evaluations.** Defendant will produce the portions of Mr. Morello's performance evaluations from 2015 through 2018 with the redactions discussed during the conference pursuant to the confidentiality agreement between the parties. The 2016 performance evaluation shall be produced in unredacted format but for Attorneys' Eyes Only.

  **Settlement Demand.** Plaintiff is directed to make a settlement demand, and Defendant is directed to make a counter-offer prior to the next case management conference in this matter.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/19/2019

**Case Management Conference.** The status conference currently scheduled for January 8, 2020 is hereby adjourned to **January 28, 2020 at 3:30.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York. The parties will each file a letter by **January 24, 2020**, to identify issues to be raised during the conference. Plaintiff is directed to identify any experts she intends to use.

**SO ORDERED.**

DATED: December 19, 2019
New York, New York

*/s/ Katharine H. Parker*
_____
KATHARINE H. PARKER
United States Magistrate Judge