GODDARD LAW PLLC
39 BROADWAY, SUITE 1540
NEW YORK, NEW YORK 10006
O:(646) 504-8363
C:(504) 909-0792
F:(212) 473-8705
megan@goddardlawnyc.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/27/20
```

January 24, 2019

Hon. Katharine H. Parker
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 17D
New York, New York 10007

Irene Tsepenyuk v. Fred Alger & Company, Inc.
1:18-cv-07092 (GBD)(KHP)

Dear Honorable Katherine H. Parker:

As counsel for Plaintiff Irene Tsepenyuk, I write this letter with the consent of Defendant's Counsel. Due to a documented medical situation requiring a two week leave, Plaintiff requests a brief adjournment of the conference currently scheduled for Tuesday, January 28, 2020, as well as for the status letters due today, January 24, 2020. The discovery deadline is currently set for January 31, 2020 and, therefore, the Parties respectfully request that the Court adjourn that deadline until after the rescheduled conference so that the Parties can address the additional time needed to complete discovery during the conference with the Court.

Respectfully,

/s/
Megan S. Goddard

---

The conference currently scheduled for January 28, 2020 is hereby adjourned to **February 20, 2020 at 10:00 a.m.** Discovery is extended to **February 20, 2020**. The parties are directed to each file a status letter by **February 17, 2020** to identify any issues to be raised at the conference.

---

SO ORDERED:

01/27/20

/s/ Katharine H. Parker
HON. KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE

1