USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/16/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

IRENE TSEPENYUK

                                                Plaintiff,                        **18-cv-07092 (GBD) (KHP)**

              -against-                                        **ORDER**

FRED ALGER & COMPANY, INC.,

                                              Defendant.

-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

In light of the national emergency, the status conference in this matter scheduled for March 31, 2020 is hereby adjourned. In lieu of a conference, the parties are directed to file a joint letter to update the Court as to the status of the case.

**SO ORDERED.**

DATED:     March 16, 2020
               New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge