```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/27/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

IRENE TSEPENYUK

                         Plaintiff,

      -against-

FRED ALGER & COMPANY, INC.,

                         Defendant.

-----------------------------------------------------------------X

**18-cv-7092 (GBD) (KHP)**

**ORDER RESCHEDULING
TELEPHONE STATUS CONFERENCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

The telephone Status Conference in this matter previously scheduled for Monday, July 27, 2020 at 11:00 a.m. is hereby rescheduled to **Tuesday, August 4, 2020 at 11:45 a.m.**  Counsel are directed to call Judge Parker's Chamber conference line at the scheduled time. **Please dial 866-434-5269 and enter access code 4858267.**

      SO ORDERED.

DATED:    July 27, 2020
                New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge