```
USDC SDNY
DOCUMENT
ELECTRONICALLY  FILED
DOC #:_____
DATE FILED:___09/02/2020__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

IRENE TSEPENYUK

                                        Plaintiff,                                   **18-cv-7092 (GBD) (KHP)**

                -against-                                                            **DISCOVERY ORDER**

FRED ALGER & COMPANY, INC.,

                                        Defendant.

------------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

        The Court is in receipt of the parties' status letters, both filed on August 31, 2020,

regarding discovery.  (*See* ECF Nos. 61 & 63.)  In light of the parties' various requests, it is

hereby ordered that Defendant provide Plaintiff with one additional three-hour time period for

the completion of Mr. Liebes' deposition—beyond these three hours, no other time will be

allowed for completing the deposition of Mr. Liebes.  Regarding follow-up document requests

in the wake of the recently conducted deposition sessions, as well as the final deposition in this

case yet to be conducted, all such requests shall be limited to requests for newly discovered

documents based on the answers given at the depositions; the discovery deadline for

interrogatories and  requests for admission has passed, and the Court hereby deems discovery

otherwise closed.  As such, Defendant is not obliged to respond to the interrogatories served on

August 28, 2020.  (*See* ECF No. 61.)  Plaintiff's counsel must serve all future document requests

on Defendant within seven days of receiving the official transcript of a given deposition session.

         Further, all counsel are reminded that the Court expects them to be professional and

courteous in interacting with one another.

**SO ORDERED.**

DATED:    September 2, 2020
           New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge

2