USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/1 /2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

IRENE TSEPENYUK

       Plaintiff,      **18-cv-7092 (GBD) (KHP)**

  -against-        **ORDER SCHEDULING**
                **DISCOVERY CONFERENCE**

FRED ALGER & COMPANY, INC.,

       Defendant.

-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

The Court hereby orders a telephonic Discovery Conference for **Tuesday, January 26, 2021 at 10:00 a.m.** Counsel are directed to call Judge Parker's Chamber conference line at the scheduled time. **Please dial 866-434-5269 and enter access code 4858267.**

  SO ORDERED.

DATED: January 12, 2021
      New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge