# G O D D A R D  L A W  P L L C

39 Broadway, Suite 1540 | New York, NY 10006

Office. 646.504.8363

Fax. 212.473.8705

anthony@goddardlawnyc.com

WWW.GODDARDLAWNYC.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/13/2021

**MEMO ENDORSED**

January 13, 2021

**By ECF**
Honorable Katharine H. Parker
United States Magistrate Judge
500 Pearl Street
New York, NY 10007

   Re:  **Tsepenyuk v. Fred Alger & Company, 18 CV 7092 (GBD) (KHP)**

Dear Judge Parker:

This firm represents Plaintiff Irene Tsepenyuk.  I am writing to request that the Court reschedule the discovery conference in this matter currently scheduled for January 26, 2021 at 10:00 a.m. (ECF Doc. 79) due to a scheduling conflict.  This is the first request to reschedule this discovery conference.

I have conferred with Defendant's attorneys, who consent to this request.  All parties' counsel are available for a rescheduled conference date of January 28, January 29, February 8, February 9, or February 10.  We will be happy to supply the Court with additional available dates if these dates are not convenient.  We appreciate the Court's consideration.

Respectfully submitted,

*/s/ Anthony P. Consiglio*

Anthony P. Consiglio

cc: All Counsel (by ECF)

---

**The telephonic Discovery Conference in this matter scheduled for Tuesday, January 26, 2021 at 10:00 a.m. is hereby rescheduled to Wednesday, February 10, 2021 at 11:00 a.m. Counsel are directed to call Judge Parker's Chamber conference line at the scheduled time. Please dial 866-434-5269 and enter access code 4858267.**

SO ORDERED:

*/s/ Katharine H. Parker*

HON. KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE

**01/13/2021**