```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/10/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

IRENE TSEPENYUK

                              Plaintiff,

          -against-

FRED ALGER & COMPANY, INC.,

                              Defendant.

------------------------------------------------------------------X

**18-cv-7092 (GBD) (KHP)**

**DISCOVERY ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

Consistent with today's discovery conference, the nine categories of discovery requests, as outlined in Plaintiff's letter motion at ECF No. 75, are resolved as follows:

1. DENIED – The requested materials are not relevant and are disproportionate to the needs of this case;

2. DENIED – Defense counsel has complied with their discovery requirements under Fed. R. Civ. P 34 with respect to his request;

3. DENIED – The requested materials are not relevant;

4. DENIED – The requested materials are overbroad insofar as irrelevant information has been requested and are disproportionate to the needs of the case in light of what already has been produced;

5. DENIED – The requested materials are not relevant;

6. DENIED – The requested materials are disproportionate to the needs of this case in light of what has already been produced;

7. Defendants are to inquire with facilities and IT personnel employed by Defendants regarding the set ups of lactation rooms and provide information about the 9 individuals previously identified, to the extent discovered, concerning whether they expressed milk at work;

8. DENIED – The requested information is not proportional to the needs of the case; and

9. Defendants are directed to provide the date of the undated employee handbook, or alternatively, prepare Mr. Liebes to answer questions regarding the same.

**SO ORDERED.**

DATED:   February 10, 2021
         New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge