UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x

IRENE TSEPENYUK,

                Plaintiff,

-against-

FRED ALGER & COMPANY, INC.,

                Defendant.

------------------------------------ X

ORDER

18 Civ. 7092 (GBD)

GEORGE B. DANIELS, District Judge:

Oral argument on Defendant Fred Alger & Company, Inc.'s motion for summary judgment, (ECF No. 89), is set for December 7, 2021 at 11:00 a.m.

Dated: October 13, 2021
      New York, New York

SO ORDERED.

*[signature]*

GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE