UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X

IRENE TSEPENYUK,

                    Plaintiff,

-against-

FRED ALGER & COMPANY, INC.,

                    Defendant.

------------------------------------- X

DEC 0 1 2021

ORDER

18 Civ. 7092 (GBD)

GEORGE B. DANIELS, District Judge:

Oral argument on Defendant Fred Alger & Company, Inc.'s motion for summary judgment, (ECF No. 89), is rescheduled from December 7, 2021 to December 16, 2021 at 10:00 a.m.

Dated: December 1, 2021
       New York, New York

                                      SO ORDERED.

                                      *George B Daniels*
                                      GEORGE B. DANIELS
                                      UNITED STATES DISTRICT JUDGE