UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x

IRENE TSEPENYUK,

                      Plaintiff,

    -against-

FRED ALGER & COMPANY, INC.,

                      Defendant.

------------------------------------- x

DEC 1 6 2021

ORDER

18 Civ. 7092 (GBD)

GEORGE B. DANIELS, District Judge:

Oral argument on Defendant Fred Alger & Company, Inc.'s motion for summary judgment, (ECF No. 89), is adjourned from December 16, 2021 to February 8, 2022 at 10:30 a.m.

Dated: December 15, 2021
       New York, New York

SO ORDERED.

*[signature]*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE