**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

IRENE TSEPENYUK,

                Plaintiff,

-against-

FRED ALGER & COMPANY, INC.,

                Defendant.

------------------------------------- X

ORDER

18 Civ. 7092 (GBD)

GEORGE B. DANIELS, District Judge:

    Oral argument on Defendant Fred Alger & Company, Inc.'s motion for summary judgment, (ECF No. 89), is adjourned from February 8, 2022 to February 22, 2022 at 10:30 a.m.

Dated: February 7, 2022
       New York, New York

SO ORDERED.

*George B. Daniels*

GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE