USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: FEB 22 2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x

IRENE TSEPENYUK,

                Plaintiff,

-against-

FRED ALGER & COMPANY, INC.,

                Defendant.

------------------------------------ X

ORDER

18 Civ. 7092 (GBD)

GEORGE B. DANIELS, District Judge:

Oral argument on Defendant Fred Alger & Company, Inc.'s motion for summary judgment, (ECF No. 89), is adjourned from February 22, 2022 to February 23, 2022 at 11:00 a.m.

Dated: February 22, 2022
       New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE