**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
IRENE TSEPENYUK,

                Plaintiff,

-against-                            18 **CIVIL** 7092 (GBD)

## **JUDGMENT**

FRED ALGER & COMPANY, INC.,

                Defendant.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision & Order dated March 29, 2022, Defendant's motion for summary judgment dismissing all of Plaintiff's claims is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

      March 29, 2022

                                                    **RUBY J. KRAJICK**

                                                    **Clerk of Court**
                              **BY:**      *K. Mango*

                                                      **Deputy Clerk**